RICHEY, APPELLEE, *v.* JOHNSON & HARDIN COMPANY, APPELLANT.

[Cite as *Richey v. Johnson & Hardin Co.* (1999), 85 Ohio St.3d 362.]

(No. 98–1808—Submitted March 31, 1999—Decided April 28, 1999.)

*Manley, Burke, Lipton & Cook* and *Andrew S. Lipton,* for appellee.

*Dinsmore & Shohl L.L.P.* and *Christopher A. Benintendi,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *Johnson v. BP Chemicals, Inc.* (1999), 85 Ohio St.3d 298, 707 N.E.2d 1107.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

**LUNDBERG STRATTON, J., dissenting.** I respectfully dissent for the reasons set forth in my dissenting opinion in *Johnson v. BP Chemicals, Inc.* (1999), 85 Ohio St.3d 298, 707 N.E.2d 1107.